PROB 12C
(7/93)

Report Date: August 11, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 2 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Gilberto Torres-Calvillo          Case Number: 2:08CR02104-001-LRS

Address of Offender: Currently incarcerated at Metropolitan Correctional Center (MCC) San Diego, CA

Name of Sentencing Judicial Officer  The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 11/05/2008

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Donald E. Kresse, Jr. | Date Supervision Commenced: | 6/11/2010 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: | 6/10/2013 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about July 24, 2010.

Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on June 14, 2010, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

    2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 25, 2010, a criminal complaint was filed with the U.S. District Court in the Southern District of California, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 3:10M02501-001.

According to the complaint, on July 24, 2010, in an area near the San Ysidro, California, Port of Entry and the United States/Mexico International boundary, two individuals, one later identified as the defendant, were encountered attempting to conceal themselves in the brush. Upon questioning, both individuals admitted to being citizens and nationals of Mexico, not in possession of any immigration documents that would allow them to legally enter or remain in the United States. The defendant and the second individual were arrested and transported to the Imperial Beach Patrol Station for processing. Information was received that the defendant is now located at MCC, in San Diego, California.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/11/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
JFVS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

August 12, 2010
Date